UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE McDERMOTT,

    Plaintiff(s),

 v.

UNITED STATES POSTAL SERVICE,

    Defendant(s).

NO. C06-1335P

ORDER ON MOTION TO FILE A REPLY BRIEF

  Following the filing of an Order to Dismiss in the above-entitled matter (Dkt. No. 14), Plaintiff filed a Motion for a New Trial and a Motion for Summary Judgment (Dkt. Nos. 15 and 16). The Court, on its own motion, converted these motions to a motion for reconsideration per Local Rule 7(h).

  Plaintiff has now filed a Motion to File a Reply Brief, which the Court will construe as a motion to file supplemental briefing to his motion for reconsideration. Dkt. No. 19. Plaintiff alleges that he has "new facts and legal authority which could not be found during the ten day time-limit" to file his motion for reconsideration. Id.

  IT IS HEREBY ORDERED that the motion to file supplemental briefing is DENIED.

  The clerk is directed to provide copies of this order to all counsel of record.

  Dated: April _17__, 2007

                Marsha J. Pechman
                U.S. District Judge

**ORDER ON MTN
FOR SUPP BRIEFING - 1**